No. 89–5924.  ROBTOY v. CALLAHAN, SUPERINTENDENT, MCNEIL ISLAND CORRECTION FACILITY; and
No. 89–5925.  NORMAN v. DUCHARME, SUPERINTENDENT, WASHINGTON STATE REFORMATORY.  C. A. 9th Cir.  Certiorari

denied.